UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JABARI BURKES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00015-MPB-MKK ) |
| RICHARDSON, WHITE, PHILLIPS, | ) ) ) ) |
| Defendants. | ) ) |

# **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. Plaintiff's claims against Defendants are dismissed **without prejudice**.

Date: August 1, 2023

*(signature)*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *(signature) Tricia M. Blanford*
Deputy Clerk, U.S. District Court

Distribution:

JABARI BURKES
201465
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838